**SHELLEY G. BRYANT - #222925**
**AMANDA B. WHITTEN - #251160**
**BRYANT WHITTEN, LLP**
8050 North Palm Avenue, Suite 210
Fresno, California 93711
(559) 494-4910 Telephone
(559) 421-0369 Facsimile

Attorney for Plaintiff, NICOLE VARTABEDIAN

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE VARTABEDIAN, | Case No. 1:15-cv-00083-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(1)(A)(ii) AND ORDER** |
| v. | (Doc. 18) |
| TULARE COUNTY OFFICE OF EDUCATION, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, NICOLE VARTABEDIAN, by and through her attorneys of record, and Defendant TULARE COUNTY OFFICE OF EDUCATION, by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys' fees and costs.

Dated: October 7, 2015             BRYANT WHITTEN, LLP

                                   /s/
                                   _____
                                   SHELLEY G. BRYANT, Attorneys for Plaintiff,
                                   NICOLE VARTABEDIAN


Dated: October _____, 2015         McCORMICK, BARSTOW, SHEPPARD, WAYTE
                                   & CARRUTH

                                   /s/
                                   _____
                                   ANTHONY N. DeMARIA, Attorneys for Defendant,
                                   TULARE COUNTY OFFICE OF EDUCATION


## **ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that:

1. The entire matter is DISMISSED, with prejudice, pursuant to Fed. R. Civ. P. 41(A)(2); and

2. The Clerk of Court is DIRECTED to close this case.


IT IS SO ORDERED.

Dated:   **October 9, 2015**                    **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE